BRADFORD L. B. BAYLIES, *Appellant, v.* THE LONG ISLAND RAILROAD COMPANY, *Respondent.* — Exception sustained, and judgment reversed and new trial granted; costs to abide event. Opinion by BARNARD, P. J.; GILBERT, J. not sitting.

AMANDA C. JOHNSTON and JESSE HATFIELD, *Appellants, v.* WILLIAM HATFIELD and others, *Respondents.* — Decree of surrogate reversed and issue of due publication of will sent to a jury of Kings county at Circuit; costs to abide event. Opinion by GILBERT, J.

EDWARD M. TOMPKINS, *as Receiver, etc., Appellant, v.* GEORGE J. PENFIELD and others, *Respondents.* — Order permitting the service of a supplemental answer, modified in accordance with opinion; order to be settled by BARNARD, P. J. Opinion by BARNARD, P. J.; DYKMAN J., not sitting.

GEORGE W. MOORE, *Respondent, v.* JOHN J. BETZ, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

HARRY C. ELDRIDGE, *Respondent, v.* LEVI W. FLAGG, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

WILLIAM HORTON and others, *Appellants, v.* THEODORE BURT and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

OSCAR CHEESEMAN, *Respondent, v.* JOHN N. LEGGETT, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

ROBERT T. PAINE, *Respondent, v.* HENRY C. HOWELLS and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

IN THE MATTER OF THE WILL OF HUGH S. DUNN. — Decree of surrogate reversed, and the issues, as to the execution of the will and the capacity of the testator and the question of undue influence upon him, to be sent to a jury of Westchester county at a Circuit Court. Opinion by BARNARD, P. J.